"Kenneth Peters" #146819 - #103388
19-2473

To whom this may concern!

In reference to a court order concerning my Eye's examined and my Eye Glasses; well the Facility I filed against continue refusing me and now I've left that prison system.

Also I apolize for not mailing the change of address because I'm just getting to where I'll be until I'm released or maybe go to a work-Release; I'm still without Glasses and these people charge to have your Eye's examine and I'm indigent. The price of my Eye Glasses was about 7 to 8 Hundred Dollars but I'll take anything please.

Thanks In Advance
and
Be Bless!

P.S.
Kenneth Peters
#146819 -- #103388
Plaquemines Detention Center
P.O. Box #69
Pointe--ala--Hache, La. 70082
F--#3--Bed #208

This is My Changed Address ...

Also 3 copies of Greievances thats been Refused by Jefferson Parish Corrections Center.

FILED JUN 21 2019
WILLIAM W. BLEVINS CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

TENDERED FOR FILING
JUN 21 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee____
Process____
X  Dktd
____ CtRmDep
____ Doc. No.

# Jefferson Parish Sheriff's Office

J.P.C.C.

2019 MAY 10 P 12: 26

## INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. **DO NOT** file duplicate grievances. A response will be submitted to the Administrator within fifteen (15) days of assignment. If you do not receive a response within a timely manner, you may file a request for grievance review.

Inmate's Name Printed: Kenneth Peters
Date of Birth: 1-6-57
Housing Location: AA #36
Date of Incident: 1-13-19
Inmate CCN#: #1002161067
Date Grievance Filed: 4-5-19

Summary of Complaint: I would like to know about me recieving my Eye Glasses and Eye Examination by a licensed Eye provided Eye specail's as Ordered By The United States District Courts -- Judge Micheall North United States Magistrate Judge - A copy has been filed to Deputy Chief Sue Ellen Monfra; Please I need my Eye/Glasses very Bad because of my Eye sight and the And the JPCC is Negligents.

STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER
(Failure to complete this section will result in denial of grievance): Needing my Eye's Examined badly And Resolved.

Name of personnel involved: J.P.C.C.

Name and location of witnesses: J.P.C.C.

I authorize the JPCC Medical Department to release to the first responder any and all medical records relating to the factual basis of this grievance. Signed: Kenneth Peters
Inmate Signature

**DO NOT WRITE BELOW THIS LINE:**
Date received: 5-10-19
Grievance #: 1905021
Screened by: Cpt Bordelon
Type of complaint: Refused
Accepted and referred to: _____
Policy & Procedure Challenged: ☐ Yes ☐ No
Remarks: _____

**FOR ADMINISTRATIVE USE ONLY:**
*Rejected:*
☐ Anonymous
☐ Vague complaint
☐ Premature
☐ Request
☐ On behalf of another/group
☐ Outside scope of procedure
☐ Disciplinary appeal/ Ad. Seg. hearing
☐ Multiple complaints: file separate grievances
☒ Duplicate Grievance
☐ Filed more than 30 days after event
☐ No violation Articulated
☐ Nuisance/Frivolous
☐ Incomplete
☐ Other: Specify:_____

### INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE
Revised grievance must be re-filed within thirty (30) days of the event on which this grievance is based.

Date _____   Inmate Signature _____

Revised: 9/4/12
E#: 107

# Jefferson Parish Sheriff's Office

## J.P.C.C.

### INMATE GRIEVANCE FORM

2019 MAY 16 A 10:22

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. **DO NOT** file duplicate grievances. A response will be submitted to the Administrator within fifteen (15) days of assignment. If you do not receive a response within a timely manner, you may file a request for grievance review.

Inmate's Name Printed: Kenneth Peters
Date of Birth: 1-6-57
Housing Location: 4A #36
Date of Incident: 1-13-19
Inmate CCN#: #1002161067
Date Grievance Filed: 5-13-19

Summary of Complaint: The United States District Court have Ordered that I have my eye's examine and its been over a month up still I'm without glasses and I haven't heard from anyone concerning this matter. The Judge "Michael B. North" Magistrate Judge and Clerk Sent a copy of order to Deputy Chief Sue Ellen Montra; just trying to recieve my eye sight back please.

STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER
(Failure to complete this section will result in denial of grievance): To contact the courts so that someone can come to my aid at no cost on my end. The nurses tell me it's not they're discion and yes I understand it must come from Deputy Chief Sue Ellen Montra.

Name of personnel involved: J.P.C.C.

Name and location of witnesses: J.P.C.C. In Take

I authorize the JPCC Medical Department to release to the first responder any and all medical records relating to the factual basis of this grievance. Signed: Kenneth Peters
Inmate Signature

**DO NOT WRITE BELOW THIS LINE:**
Date received: 5-16-19
Grievance #: 1905032
Screened by: Cpt. Berdeen
Type of complaint: refused
Accepted and referred to:
Policy & Procedure Challenged: ☐ Yes ☐ No
Remarks:

**FOR ADMINISTRATIVE USE ONLY:**
Rejected:
☐ Anonymous
☐ Vague complaint
☐ Premature
☐ Request
☐ On behalf of another/group
☐ Outside scope of procedure
☐ Disciplinary appeal/ Ad. Seg. hearing
☐ Multiple complaints: file separate grievances
☒ Duplicate Grievance
☐ Filed more than 30 days after event
☐ No violation Articulated
☐ Nuisance/Frivolous
☐ Incomplete
☐ Other: Specify:

### INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE

Revised grievance must be re-filed within thirty (30) days of the event on which this grievance is based.

Date
Inmate Signature

Revised: 9/4/12
E#: 107

# Jefferson Parish Sheriff's Office

J.P.C.C.

## INMATE GRIEVANCE FORM

2019 MAY 16  A 10: 22

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. **DO NOT** file duplicate grievances. A response will be submitted to the Administrator within fifteen (15) days of assignment. If you do not receive a response within a timely manner, you may file a request for grievance review.

Inmate's Name Printed: Kenneth Peters
Date of Birth: 1-6-52
Housing Location: A1 #36
Date of Incident: 1-13-19
Inmate CCN#: #1002161067
Date Grievance Filed: 5-14-19

Summary of Complaint: CPT. Bordelin -- May I ask what step should I take too resolve me getting my Eye's examined and Recieving my Glasses?

STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER (Failure to complete this section will result in denial of grievance): Mail these duplicate copies to the United States Courts -- Magistrate Judge Micheal North; He ordered that J.P.C.C. bring me for All Eye Examinations as provided.

Name of personnel involved: J. P. C. C.

Name and location of witnesses: J. P. C. C.

I authorize the JPCC Medical Department to release to the first responder any and all medical records relating to the factual basis of this grievance.   Signed: Kenneth Peters
Inmate Signature

---

**DO NOT WRITE BELOW THIS LINE:**
Date received: 5-16-19
Grievance #: 19,05031
Screened by: Cpt. Bordelin
Type of complaint: Refused
Accepted and referred to: _____
Policy & Procedure Challenged: ☐ Yes ☐ No
Remarks: _____

**FOR ADMINISTRATIVE USE ONLY:**
Rejected:
☐ Anonymous
☐ Vague complaint
☐ Premature
☐ Request
☐ On behalf of another/group
☐ Outside scope of procedure
☐ Disciplinary appeal/ Ad. Seg. hearing
☐ Multiple complaints: file separate grievances
☒ Duplicate Grievance
☐ Filed more than 30 days after event
☐ No violation Articulated
☐ Nuisance/Frivolous
☐ Incomplete
☐ Other: Specify: _____

## INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE

Revised grievance must be re-filed within thirty (30) days of the event on which this grievance is based.

Date _____    Inmate Signature _____

Revised: 9/4/12
E#: 107

Kenneth Peters #103388 -- #146819 F--B--#208
Plaquemines Detention Center
P.O. Box #67
Pointe-a-la-Hache, La. 70082

"Mr. Williams W. Blevins"
"Clerk's Office"
"United States District Court"
Eastern District of Louisiana
500 Poydras Street Room 151 #C
New Orleans, La. 70130

"Legal Mail"

